OFFICE OF DISCIPLINARY COUNSEL *v.* HESS.

[Cite as *Disciplinary Counsel v. Hess* (1991), 61 Ohio St.3d 101.]

(No. 91–419—Submitted April 9, 1991—Decided July 10, 1991.)

*J. Warren Bettis*, Disciplinary Counsel, and *Sally Ann Steuk*, for relator.
*Teddy Sliwinski*, for respondent.

*Per Curiam.* We adopt the findings and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.